1042

No. 92–7997. ALLEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7998. LOGAN v. GRAMLEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 92–7999. RIOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8004. ELKSHOULDER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8007. SCOTT v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92–8011. BONDS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8013. COUSART v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 92–8015. HIKE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–8016. BRUCE v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 92–8017. ETHRIDGE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8084. HAWKINS v. MCKENNA ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–1149. MURDOCK ET AL. v. UTE DISTRIBUTION CORP. ET AL. C. A. 10th Cir. Motion of Ute Indian Tribe for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 92–1382. MEDALLION OIL CO. ET AL. v. TRANSAMERICAN NATURAL GAS CORP. ET AL. C. A. 5th Cir. Motions of Independent Bankers Association of Texas and Texas Independent Producers and Royalty Owners Association for leave to file briefs as *amici curiae* granted. Certiorari denied.